IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| BIG BIRDS, LLC<br><br>                    Plaintiff,<br><br>- vs -<br><br>CC BEAUTY COLLECTION INC., *et al.*,<br><br>                    Defendants. | Civil Action No:<br>1:19-cv-03594-GLR |

**Declaration of Christine Medrick**

I, Christine Medrick, hereby make the following Declaration in support of Defendants' Motion to Dismiss Plaintiff's Complaint in accordance with the provisions of 28 U.S.C. § 1746:

1. I submit this declaration based upon personal knowledge and my review of business records in support of the above-referenced action.

2. I am the President of CC Beauty Collection, Inc. ("CC Beauty") and I am over 21 years of age, and I am competent to testify regarding the facts stated herein.

3. I am a permanent resident of the State of California, I reside in the State of California, and do not own any real property in the State of Maryland.

4. I have never traveled to the State of Maryland, nor have I stepped foot in the State of Maryland in my lifetime. I do not have any meaningful contacts, ties, or relations with the State of Maryland.

107526553.v1

5. I do not own, nor do I serve as an executive for, any businesses that are incorporated or registered to do business in the State of Maryland. As such, I do not maintain a residence or an office in the State of Maryland.

6. At the time of the conduct alleged in the Complaint, I was not aware of Plaintiff. Moreover, until Plaintiff filed the instant action, I was not aware that it was organized or existing under the laws of the State of Maryland, nor that it had a principal place of business in Owings Mills, Maryland.

7. I do not maintain a bank account within the State of Maryland.

8. Litigating this matter, in the State of Maryland, would be a hardship to myself and to the above two entities.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and accurate to the best of my knowledge.

Executed on this 9 day of February, 2020.

By: _____
Christine Medrick