UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BIG BIRDS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>CC BEAUTY COLLECTION INC., et al.,<br><br>        Defendants. | Civil Action No. 19-CV-3594-GLR |

## ORDER

Upon consideration of Plaintiff Big Birds, LLC's Motion for Alternative Service of Process, and any Opposition thereto, the record in this case and the applicable law, it is hereby:

**ORDERED**, that Plaintiff Big Birds, LLC's Motion for Alternative Service of Process is hereby **GRANTED**; and it is further

**ORDERED**, that Plaintiff Big Birds, LLC be permitted to serve Defendants VANITY ONLINE and COZY ZONE through the following methods, with service deemed effective if sent through the following methods within 14 days of this Order:

(1) Through electronic messaging to the Amazon storefront with Merchant ID A2B04QWKBOTFWI and currently known as Vanity Online; and

(2) Through electronic messaging to the Amazon storefront with Merchant ID A188ED3JB77RWM and currently known as Cozy Zone.

Date: 6/30/2020

George Levi Russell, III
United States District Judge